W. M. Hancock, Sheriff of Columbia County, Florida, and M. H. Marsh, Appellants, v. Samuel Tolen, James W. Perry and J. O. Evans, partners under the firm name and style of S. Tolen & Company, Appellees.

In Banc.

Appeal from Circuit Court, Columbia·county; Rhydon M. Call, Judge.

T. B. Oliver for appellants.

A. J. Henry for appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the·defendants appeal. The decree is affirmed.

Decision *Per Curiam*.